## 17042.  KING v. MILLER.

JENKINS, P. J.  "All actions for trespass upon or damages to realty shall
be brought within four years after the right of action accrues."  Civil
Code (1910), § 4495.  In an action for false, slanderous, and malicious
words impugning the title to the plaintiff's lands (Civil Code, § 4479),
the right of action accrues to the plaintiff upon the doing of the act
complained of, just as in injuries to personal reputation.  *Irvin* v.
*Bentley*, 18 *Ga. App.* 662 (3) (90 S. E. 359); consequently, there was
no error in sustaining the general demurrer to the petition, as it affirma-
tively appeared from the petition that the attack made by the defendant
on the title to lands of the plaintiff was made by the latter more than
four years prior to the filing of the action.  The authorities cited by
the plaintiff in error (*Athens Manufacturing Co.* v. *Rucker*, 80 *Ga.* 291
(3), 4 S. E. 885; *Danielly* v. *Cheeves*, 94 *Ga.* 263 (3), 264, 21 S. E.
524), relative to the limitation of actions in cases of continuing trespass
and continuing nuisance, where the defendant has erected a dam or
other instrumentality and continues to maintain the same with con-
tinued injury from such maintenance to the plaintiff's property, have
no application in a case such as the present one, where the right of
action to the plaintiff accrued upon the doing of the act complained of,
and where, contrary to the rule in continuing trespass, the original act
itself caused whatever injury might have been occasioned, and did not
bring into existence a continuing nuisance, the continued maintenance
of which results in continuing injury.

> *Judgment affirmed.  Stephens and Bell, JJ., concur.*
>
> DECIDED MAY 14, 1926.

Action for damages; from Muscogee superior court—Judge Mc-
Laughlin.   October 31, 1925.

*G. D. King*, for plaintiff.

*A. W. Cozart, W. Paul Miller*, for defendant.

---

Libel and Slander, 37 C. J. p. 133, n. 14 New.
Limitation of Actions, 37 C. J. p. 780, n. 62.